**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**ABEL J. DEDEAUX, #L6562**                                              **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 1:06cv406LG-RHW**

**JAMES BREWER, Warden;**
**and JIM HOOD, Attorney General**                          **RESPONDENTS**

**FINAL JUDGMENT**

     This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to

the Memorandum Opinion and Order issued this date and incorporated herein by reference,

     **IT IS HEREBY, ORDERED AND ADJUDGED** that this cause be, and is hereby,

dismissed without prejudice.

     **SO ORDERED AND ADJUDGED** this the 3rd day of August, 2006.

                            s/ *Louis Guirola, Jr.*
                            LOUIS GUIROLA, JR.
                            UNITED STATES DISTRICT JUDGE